JANAKI S. GANDHI
x8817
8/27/14

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG 27 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. '14MJ2978 |
| v. ) | |
| ) | COMPLAINT FOR VIOLATION |
| Stephon Thomas MASON ) | |
| ) | |
| ) | Title 21 U.S.C., Sec. |
| ) | 841(a)(1) Possession with |
| ) | the Intent to Distribute |
| Defendant. ) | a Controlled Substance |

The undersigned complainant being duly sworn states:

On August 27, 2014, within the Southern District of California, defendant Stephon Thomas MASON did knowingly and intentionally possess with the intent to distribute approximately 2.1 kilograms or more of a mixture or substance containing methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1). And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Efrain Estrada
Border Patrol Agent

Sworn to before me and subscribed in my presence on August 27, 2014.

_____
HON. Jill L. Burkhardt
United States Magistrate Judge

DOA
8/27/14

JSGA
x8817
8/27/14

## Statement of Facts

1. On August 27, 2014, at approximately 7:35 AM, United States Border Patrol Agent (BPA) J. Jung was performing roving patrol duties along Interstate 5, in an unmarked Agency sedan within the San Clemente area of operation (AOR). This portion of Interstate 5 is a well-known and documented transnational corridor for alien and narcotic smuggling. BPA Jung drove through the Aliso Creek Rest Area that is located approximately 7.2 miles south of the United States Border Patrol San Clemente Checkpoint. The Checkpoint has just gone operational. The Aliso Creek Rest Area is known by Agents and other law enforcement agencies as a staging location that smugglers use while the Checkpoint is operational.

2. At the Aliso Creek Rest Area, BPA Jung observed a subject, later identified as Stephon Thomas MASON exiting a white Ford Countour (CA/6SZA792) and walked towards the bathroom. BPA Jung conducted Department of Homeland Security (DHS) record checks on the Contour. Record checks revealed that the Contour had crossed into the United States though the Otay Mesa Port of Entry on August 27, 2014, at approximately 5:35 AM and it was driven by MASON. The Contour had a DHS alert indicating it had an aftermarket compartment behind the glove box in the dashboard. Record checks also revealed that MASON had a prior arrest for contraband smuggling.

3. At approximately 7:48 AM, BPA Jung observed MASON walking back towards the Contour, and approached him and identified himself as a United States Border Patrol Agent. BPA Jung was wearing plain clothes and a green tactical vest that reads CBP Border Patrol Federal Agent. BPA Jung conducted a routine field interview of MASON. BPA Jung asked MASON and was granted consent to conduct a canine sniff of the Contour. A canine team conducted a sniff of the vehicle yielding an alert. Agents conducted a hand search of the Contour and found 3 bundles concealed in the rear bumper. The 3 bundles field tested positive for the characteristics of methamphetamine and had a combined weight of approximately 2.1 kilograms.

4. United States Border Patrol Agent Perez and DEA Special Agent J. Estepp, assigned to the Drug Enforcement Administration Task Force, responded to the San Clemente

1

JSUA
x 88H
8/27/19

Border Patrol Station and took custody of MASON and methamphetamine.

5. MASON was arrested and charged with violation of Title 21 USC 841 (a) (1), Possession with the Intent to Distribute a Controlled Substance and was booked into the Metropolitan Correctional Center, San Diego, California.

6. During a Post-Miranda Interview, MASON freely admitted that he believed he was going to cross the vehicle through the Port-of-Entry to log inbound crossings and minimize suspicion of criminal activity. MASON stated he did not know if there were any drugs in the vehicle at this time.